UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAURA J. MARTIN, )
 )
   Plaintiff, )
 )
v. ) CV418-191
 )
WAL-MART, INC., *et al.* )
 )
   Defendants. )

## ORDER

The parties have jointly moved to substitute "Wal-Mart Stores East, LP" for defendant Wal-Mart, Inc. Doc. 16. Since it is unopposed, the Court **GRANTS** that request. The Clerk is **DIRECTED** to remove Wal-Mart, Inc. as a defendant in this case and add Wal-Mart Stores East, LP. All future pleadings shall so conform.

**SO ORDERED**, this 22nd day of October, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1