# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LAURA J. MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) FILE NO. 4:18-CV-191 |
| WAL-MART STORES EAST, LP, JANE DOE, and, JOHN DOE, | ) ) ) |
| Defendants. | ) |

# **ORDER**

In considering the parties' Joint Motion to Extend Remaining Deadlines, and for good cause shown,

IT IS HEREBY ORDERED that the remaining deadlines in this matter are extended for thirty (30) days.

IT IS FURTHER ORDERED that the Court imposes the following amended scheduling deadlines:

| | |
|---|---|
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A DEFENDANT | March 28, 2019 |
| CLOSE OF DISCOVERY | May 1, 2019 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | May 31, 2019 |
| PRE-TRIAL ORDER DUE | June 30, 2019 |

SO ORDERED, this  13th  day of  March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION