# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LAURA J. MARTIN,

    Plaintiff,

v.

WAL-MART STORES EAST, LP, JANE DOE,)and, JOHN DOE,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-191

## O R D E R

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 30.) Accordingly, the Court **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 1st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA